NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA DEANGELO,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2024-1880

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-23-0311-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of Appeal No. 2024-1880, pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 8,

IT IS ORDERED THAT:

(1)  Appeal No. 2024-1880 is voluntarily dismissed.

2                                   DEANGELO v. ARMY

(2)   Each side shall bear its own costs.

(3)   All pending motions are denied as moot.

FOR THE COURT



June 25, 2024
     Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:   June 25, 2024